JAP:DGR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

17M1090

- - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

RAMVEER GHANNY,

Defendant.

AFFIDAVIT AND COMPLAINT
IN SUPPORT OF AN ARREST
WARRANT
(8 U.S.C. §§ 1326(a) and 1326(b)(2))

- - - - - - - - - - - - -X

EASTERN DISTRICT OF NEW YORK, SS:

VICTOR RAMOS, being duly sworn, deposes and states that he is a Deportation Officer with the Department of Homeland Security, United States Immigration and Customs Enforcement, duly appointed according to law and acting as such.

On or about December 12, 2017, within the Eastern District of New York and elsewhere, the defendant RAMVEER GHANNY being an alien who had previously been arrested and convicted of an aggravated felony, and was thereafter excluded and removed from the United States, and who had not made a re-application for admission to the United States to which the Secretary of the Department of Homeland Security, successor to the Attorney General of the United States, had expressly consented, was found in the United States.

(Title 8, United States Code, Sections 1326(a) and 1326(b)(2))

The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances

1.   I am a Deportation Officer with United States Immigration and Customs Enforcement ("ICE") and have been involved in the investigation of numerous cases involving the illegal reentry of aliens.  I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the ICE investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2.   On or about December 13, 2017, ICE received information from a New York City Police Department ("NYPD") system that on December 12, 2017, the defendant RAMVEER GHANNY had been arrested by the NYPD in Queens, New York and charged with Criminal Possession of a Controlled Substance in the Third, Fifth and Seventh Degree, Criminal Possession of a Weapon in the Second Degree, and Criminal Possession of Stolen Property in the Fourth Degree.

3.   ICE officials reviewed criminal and immigration history files for, the defendant RAMVEER GHANNY.  Based on those materials, it was discovered that the defendant been previously convicted of multiple aggravated felonies. Specifically, on or about July 25, 2013, GHANNY was convicted of Attempted Criminal Sale of a Controlled Substance in the Third Degree and Attempted Criminal Possession of a Controlled Substance in the Third Degree, for which he was sentenced to 364 days imprisonment.  Additionally, GHANNY had also been convicted of Assault in the Third Degree on June 18, 2013, and of Criminal Possession of a Controlled Substance in the Seventh Degree on September 22, 2010.

4.   ICE officials further found that the defendant RAMVEER GHANNY, a citizen of Guyana had previously been removed from the United States on or about July 9, 2015.

3

5. A search of immigration records has revealed that there exists no request by the defendant for permission from either the United States Attorney General of the Secretary of the Department of Homeland Security to re-enter the United States after removal.

WHEREFORE, your deponent respectfully requests that the defendant RAMVEER GHANNY be dealt with according to law.

VICTOR RAMOS
Deportation Officer
United States Immigration and Customs Enforcement

Sworn to before me this
19th day of December, 2017

s/Gold

THE HONC
UNITED S1                    ;E
EASTERN